PHILIP R. SELLINGER
United States Attorney
DAVID E. DAUENHEIMER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2925
david.dauenheimer2@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], | <u>FILED UNDER SEAL</u> |
| *Plaintiff,* | Civil Action No. 21-20336 (JMV) (ESK) |
| v. | |
| [UNDER SEAL], et al., | |
| *Defendants.* | |

**THE GOVERNMENT'S NOTICE OF ELECTION TO**
**<u>DECLINE INTERVENTION</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 INC., | FILED UNDER SEAL |
| *Plaintiff,* | Civil Action No. 21-20336 (JMV) (ESK) |
| v. | |
| BHEIGHTS ASSOCIATES LLC, et al., | |
| *Defendants.* | |

**THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.  Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United

States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                                       Respectfully submitted,

                                       BRIAN M. BOYNTON
                                       Principal Deputy Assistant Attorney General


                                       PHILIP R. SELLINGER
                                       United States Attorney


                                       */s/ David E. Dauenheimer*
                                       David E. Dauenheimer
                                       Assistant United States Attorney

                                       */s/ John F. Schifalacqua*
                                       JAMIE ANN YAVELBERG
                                       ALLISON CENDALI
                                       JOHN F. SCHIFALACQUA
                                       Attorneys, Civil Division

                                                Commercial Litigation Branch
                                                Post Office Box 261
                                                Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: (202) 598-6849

Dated:  August 4, 2022